```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     18cv5820 (DLC)
MAMBU BAYOH,                             :
                                         :     SCHEDULING ORDER
                    Plaintiff,           :
                                         :
        -v-                              :
                                         :
AFROPUNK LLC, MATTHEW MORGAN and         :
JOCELYN COOPER, individually,            :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 3, 2020, plaintiff filed a letter motion for an extension of the schedule. Contemporaneously, plaintiff filed a letter motion seeking to seal the motion for an extension. Having reviewed plaintiff's filings, it is hereby

ORDERED that plaintiff's July 3 letter motion to seal is GRANTED.

IT IS FURTHER ORDERED that the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. This case has been referred to mediation, which shall occur by **August 20, 2020.**

2. Depositions of expert witnesses must occur by **September 5, 2020.**

3. The Joint Pretrial Order must be filed by **October 5, 2020.**

IT IS FURTHER ORDERED that the case is placed on the **November 2020** trial ready calendar.  You must be ready to proceed on 24 hours notice.  You may contact the Deputy Clerk, Gloria Rojas, to learn where your case stands on the calendar.

Dated:    New York, New York
          July 6, 2020

```
                              _____
                                      DENISE COTE
                               United States District Judge
```