UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
MAMBU BAYOH,                              :
                                          :
                        Plaintiff,        :     18cv5820 (DLC)
                                          :
        -v-                               :     ORDER
                                          :
AFROPUNK LLC, MATTHEW MORGAN and          :
JOCELYN COOPER, individually,             :
                                          :
                        Defendants.       :
                                          :
----------------------------------------- X

DENISE COTE, District Judge:

    On September 2, 2020, the parties filed a letter motion for an extension of the schedule.  Having reviewed the parties' request, it is hereby

    ORDERED that the parties may extend the discovery schedule on consent, but the Joint Pretrial Order will be due October 16, 2020.  The trial remains on the November 2020 trial ready calendar.

    The Southern District of New York is reconfiguring courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic.  On September 2, 2020, the Clerks' Office notified district judges of the dates on which jury selection could commence during October through December 2020 in the reconfigured spaces.  Accordingly, the parties are hereby

NOTIFIED that this action has been placed on a trial-ready calendar for the week of November 2, 2020.  It is hereby

ORDERED that the parties shall be prepared to proceed to trial as of that date and on each following week (except Thanksgiving week) through the week of December 14, 2020.  The parties are advised that they will receive as much notice as possible about whether their case will proceed to trial in any of those weeks.

IT IS FURTHER ORDERED that a final pretrial conference will occur on **October 22, 2020 at 3:00pm** in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          September 4, 2020

                                    _____
                                          DENISE COTE
                                    United States District Judge