```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 MAMBU BAYOH,                            :
                                         :
                    Plaintiff,           :      18cv5820 (DLC)
                                         :
             -v-                         :      ORDER
                                         :
 AFROPUNK LLC, MATTHEW MORGAN and        :
 JOCELYN COOPER, individually,           :
                                         :
                    Defendants.          :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On September 21, 2020, the parties filed a letter requesting to adjourn the trial date in this matter from November 2, 2020 to January 2021 due to the ongoing COVID-19 pandemic.  Having reviewed the parties' request, it is hereby

ORDERED that a telephone conference will be held on **Friday, September 25** at **11:00 a.m.**  The dial-in credentials for the telephone conference are the following:

```
        Dial-in:       888-363-4749
        Access code:   4324948
```

2

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          September 22, 2020

```
                              _____
                                    DENISE COTE
                              United States District Judge
```

2