```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X    18cv5820 (DLC)
                                        :
MAMBU BAYOH,                            :    ORDER
                                        :
                        Plaintiff,      :
                                        :
            -v-                         :
                                        :
AFROPUNK LLC, MATTHEW MORGAN and        :
JOCELYN COOPER, individually,           :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2020

DENISE COTE, District Judge:

On September 4, 2020, this Court issued an Order scheduling the final pretrial conference in this matter to occur in person on October 22. The parties having expressed a preference for the proceeding to occur via telephone conference, it is hereby

ORDERED that the final pretrial conference will occur on **October 22, 2020** at **3:00 p.m.** via telephone conference. The parties shall use the following dial-in credentials for the conference:

```
            Dial-in:        888-363-4749
            Access code:    4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         September 25, 2020

                                                  DENISE COTE
                                    United States District Judge