UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
MAMBU BAYOH,                               :
                                           :
                     Plaintiff,            :     18cv5820 (DLC)
                                           :
           -v-                             :     ORDER
                                           :
AFROPUNK LLC, MATTHEW MORGAN and           :
JOCELYN COOPER, individually,              :
                                           :
                     Defendants.           :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

An Order of November 2, 2020 notified the parties that this case has been placed on a trial-ready calendar for the week of November 2, 2020. On October 1, the Clerks' Office notified this Court of the availability on their calendar for Wednesday, November 4. Accordingly, it is hereby

ORDERED that the parties are directed to appear on **November 4 at 9:30 a.m.** for trial. The parties are advised that this is a firm trial date. The parties will be notified of the courtroom number as soon as one is assigned.

IT IS FURTHER ORDERED that parties ensure that all trial participants, including witnesses, comply with the Southern District of New York's Fourth Amended Standing Order entitled In re Coronavirus/COVID-19 Pandemic (M-10-468), entered June 12, 2020, and other SDNY COVID-19-related orders that govern entry

into and behavior within SDNY courthouses. These materials may be found at: https://www.nysd.uscourts.gov/covid-19-coronavirus.

IT IS FURTHER ORDERED that parties are responsible for informing themselves of any modifications to SDNY COVID-19-related rules and procedures and adhering to all current rules and procedures for the duration of the trial.

IT IS FURTHER ORDERED that a failure to comply may result in the imposition of sanctions or other appropriate relief in the circumstances.

Dated:    New York, New York
          October 2, 2020

                                              _____
                                                    DENISE COTE
                                              United States District Judge