UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
MAMBU BAYOH,                        :
                                    :
                    Plaintiff,      :         18cv5820 (DLC)
                                    :
          -v-                       :         ORDER
                                    :
AFROPUNK LLC, MATTHEW MORGAN and    :
JOCELYN COOPER, individually,       :
                                    :
                    Defendants.     :
                                    :
------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/20
```

DENISE COTE, District Judge:

On October 15, 2020, the defendants sent material
concerning the above-captioned case to this Court's Chambers
email inbox.  This material will not be reviewed.  Parties
seeking to file redacted or sealed material are directed to the
procedures set forth in Section 6 of the S.D.N.Y. Electronic
Case Filing Rules and Instructions, and Section 7 of this
Court's Individual Practices.  Accordingly, it is hereby

ORDERED that the defendants shall promptly file on ECF the
material submitted to this Court's Chambers email inbox and make

any appropriate request through ECF to file such information

under seal or in redacted form.

Dated:     New York, New York
           **October 15, 2020**

                                    _____
                                           DENISE COTE
                                    United States District Judge