```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 MAMBU BAYOH,                            :
                                         :
                     Plaintiff,          :     18cv5820 (DLC)
                                         :
            -v-                          :     ORDER
                                         :
 AFROPUNK LLC, MATTHEW MORGAN and        :
 JOCELYN COOPER, individually,           :
                                         :
                     Defendants.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On October 15, 2020, the defendants sent material concerning the above-captioned case to this Court's Chambers email inbox.  The same day, this Court issued an Order instructing the defendants to file the material on ECF and make any appropriate request through ECF to file such information under seal or in redacted form.  On October 16, the defendants attempted to file their material on ECF in redacted form, but apparently by mistake, they filed the material in unredacted form.  As a curative measure, the Court placed the materials under seal in their entirety.

Motions in limine in this case were due with the parties' pretrial orders, which were submitted on Friday, October 16.  On October 16, the defendants filed motions in limine, as set forth

in Section 5 of this Court's Individual Practices.  Accordingly, it is hereby

ORDERED that the plaintiff's opposition to the defendants' motions in limine is due **Friday, October 23** pursuant to Section 5 of this Court's Individual Practices.

IT IS FURTHER ORDERED that the defendants shall refile any redacted or sealed material before the final pretrial conference on **Thursday, October 22** by complying with the procedures set forth in Section 6 of the S.D.N.Y. Electronic Case Filing Rules and Instructions and Section 7 of this Court's Individual Practices.  The defendants are advised to contact the ECF Help Desk with any questions regarding the ECF filing procedures.

Dated:    New York, New York
          October 20, 2020

_____
DENISE COTE
United States District Judge