```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
MAMBU BAYOH,                             :
                                         :
                         Plaintiff,      :    18cv5820 (DLC)
                                         :
              -v-                        :         ORDER
                                         :
AFROPUNK LLC, MATTHEW MORGAN and         :
JOCELYN COOPER, individually,            :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On October 20, 2020, the Court held a telephone conference with the parties to discuss the trial date in this matter. The parties having consented to reschedule the trial, it is hereby

ORDERED that the trial will begin on **Monday, November 2** at **9:30 a.m.**

Dated:   New York, New York
         October 20, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge