```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MAMBU BAYOH,                            :
                                        :
                        Plaintiff,      :         18cv5820 (DLC)
                                        :
            -v-                         :            ORDER
                                        :
AFROPUNK LLC, MATTHEW MORGAN and        :
JOCELYN COOPER, individually,           :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 26, 2020, this Court issued an Opinion and Order granting the defendants' motion to exclude the plaintiff's expert testimony.  As a result, the plaintiff will not be able to establish damages at trial.  Accordingly, it is hereby

ORDERED that by **noon** on **October 27**, the parties shall file submissions about whether this action should be dismissed in its entirety.

Dated:    New York, New York
          October 26, 2020

                          _____
                                 DENISE COTE
                          United States District Judge