

2020





















































