# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MAMBU BAYOH,

                 Plaintiff,

-against-                                      18 **CIVIL** 5820 (DLC)

## **JUDGMENT**

AFROPUNK LLC, MATTHEW MORGAN and
JOCELYN COOPER, individually,

                 Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 18, 2020, the Defendants' December 2, 2020 motion to vacate the July 1, 20218 preliminary injunction is granted; Judgment is entered for the defendants and the case is closed.

**Dated:** New York, New York
         December 21, 2020

                                                       **RUBY J. KRAJICK**
                                                       _____
                                                             Clerk of Court
                                       **BY:**
                                                              Deputy Clerk