```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MAMBU BAYOH,                             :
                                         :
                      Plaintiff,         :    18cv5820
                                         :    (DLC)
           -v-                           :
                                         :    ORDER
AFROPUNK LLC, MATTHEW MORGAN and         :
JOCELYN COOPER, individually,            :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 21, 2020, the Clerk of Court entered judgment for the defendants and closed the case. On January 4, 2021, the defendants moved for attorney's fees and costs. Accordingly, it is hereby

ORDERED that the plaintiff shall respond to the defendants' motion by **January 15, 2021**. The defendants' reply is due **January 22**.

Dated:   New York, New York
         January 5, 2021

_____
DENISE COTE
United States District Judge